IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD NEWELL, JR.,

    Petitioner,

v.

JUDY SMITH,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-707-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that petitioner Donald Newell, Jr.'s petition for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed without prejudice for his failure to exhaust his state court remedies.

By: _Lynn Koenke, Deputy Clerk_      1-12-11

Peter Oppeneer, Clerk of Court      Date